## WISCONSIN ET AL. v. MINNESOTA MINING & MANUFACTURING CO.

No. 48. Argued November 20, 1940.—Decided December 16, 1940.

*Messrs. Harold H. Persons,* Assistant Attorney General of Wisconsin, and *James Ward Rector,* Deputy Attorney General, with whom *Mr. John E. Martin,* Attorney General, was on the brief, for petitioners.

*Mr. John L. Connolly,* with whom *Messrs. Frederick J. Miller* and *G. Burgess Ela* were on the brief, for respondent.

MR. JUSTICE FRANKFURTER delivered the opinion of the Court.

This case, involving another application of the Wisconsin Privilege Dividend Tax considered in *Wisconsin* v. *J. C. Penney Co., ante,* p. 435, is governed by that decision except for a contention made by this respondent but not pressed here in *Penney's* case.

The Commerce Clause is invoked. But it is too late in the day to find offense to that Clause because a state tax is imposed on corporate net income of an interstate enterprise which is attributable to earnings within the taxing state, *Matson Navigation Co.* v. *State Board,* 297 U. S. 441. That liability for such a tax is made contingent upon later happenings, as in the circumstances of the present case, makes no difference.

*Reversed.*

The CHIEF JUSTICE, MR. JUSTICE MCREYNOLDS, MR. JUSTICE ROBERTS, and MR. JUSTICE REED dissent for the reasons stated in the dissenting opinion in *Wisconsin* v. *J. C. Penney Co., ante,* p. 446.